UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BKK SOLUTIONS, LLC                                    CIVIL ACTION

V.                                                   NO. 22-2165

SENSIVA HEALTH, LLC, ET AL.                          SECTION "H"(2)

## JUDGMENT

For reasons issued March 1, 2023, and filed herein (Doc. 30);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be granted in favor of the defendants and against the plaintiff, and that plaintiff's Security Exchange Act claims in this matter are **DISMISSED WITH PREJUDICE.** Plaintiff's remaining supplemental state law claims are **DISMISSED** for lack of subject matter jurisdiction.

Signed in New Orleans, Louisiana, this 3rd day of March, 2023.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE